FILED

JUN 0 5 2019

Clerk, U.S. District Court
District Of Montana
Great Falls

J. THOMAS BARTLESON
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front St., Ste. 1100
Helena, MT 59626
Phone: (406) 457-5120
Fax: (406) 457-5130
Email: Thomas.Bartleson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DONALD PAUL HARTIGAN, Defendant. | CR 19- 5 -H- CCL<br><br>INDICTMENT<br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1) (Count I)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release.)<br><br>POSSESSION WITH INTENT TO DISTRIBUTE HEROIN<br>Title 21 U.S.C. § 841(a)(1) (Count II)<br>(Penalty: Twenty years imprisonment, $1,000,000 fine, and at least three years supervised release.)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

On or about November 2, 2018, at Helena, in Lewis and Clark County, in the State and District of Montana, the defendant, DONALD PAUL HARTIGAN, knowingly possessed, with the intent to distribute, 50 or more grams of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT II

On or about November 2, 2018, at Helena, in Lewis and Clark County, in the State and District of Montana, the defendant, DONALD PAUL HARTIGAN, knowingly possessed, with the intent to distribute, a substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant ✓
Bail _____