FILED
8/1/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD PAUL HARTIGAN,<br><br>Defendant. | CR-19-5-H-CCL<br><br>Order |

Defendant, Donald Paul Hartigan, having entered a plea of guilty before U.S. Magistrate Johnston, to the charges in this case, and the court having accepted that plea,

IT IS HEREBY ORDERED that:

1. Jury trial set for August 20, 2019 is hereby vacated and sentencing is set down on November 14, 2019 at 10:00 a.m., in Courtroom II of the United States Courthouse, 901 Front Street, Helena, Montana.

2. The United States Probation Office shall conduct a presentence investigation in accordance with Fed. R. Crim. P. 32(b) and 18 U.S.C. § 3552(a).

3. Following completion of the presentence report, the probation officer shall disclose the report (excepting any recommendations of the probation officer)

to the defendant, counsel for the defendant, and counsel for the government no later than October 5, 2019. The probation officer shall not disclose, directly or indirectly, to anyone under any circumstances, the substance or contents of any recommendation made or to be made to the court.

4. In accordance with § 6A1.2 of the sentencing guidelines, after receipt of the presentence report and no later than October 19, 2019, counsel for each party shall present to the probation officer any objections to be relied upon at sentencing, and if there is a dispute over any material in the presentence report, counsel shall meet with the probation officer at said time and attempt to resolve same informally.

5. **Any party desiring to submit a sentencing memorandum to the court shall do so no later than October 31, 2019. Any recommendation letters regarding sentencing shall also be submitted to the court no later than October 31, 2019.**

6. The presentence report, in final form, shall be delivered to the court no later than October 31, 2019.

7. In the exceptional circumstance where disputes or dispute resolution require additional time, or in cases where defense counsel cannot submit all unresolved objections or defendant's sentencing memorandum to the court by (due

date) counsel for defendant shall move the court for a continuance of the sentencing hearing no later than seven days prior to sentencing.

Done and dated this 1st day of August, 2019.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE