IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD PAUL HARTIGAN,<br><br>Defendant. | CR-19-5-H-CCL<br><br>ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT |

In accordance with the Findings and Recommendations (Doc. 20) of United States Magistrate Judge John Johnston, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), Defendant's plea of guilty to the offense charged by the Indictment is hereby accepted. Defendant is adjudged guilty of the offense of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. 841()(1). All parties shall appear before this Court for sentencing on November 14, 2019, at 10:00 a.m., Courtroom II, United States Courthouse, Helena, Montana.

The Clerk is directed forthwith to notify parties of entry of this order.

Done and dated this 15th day of August, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE

1